UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THREE STAR MARKET,

Plaintiff,

v.

ATEGRITY SPECIALTY INSURANCE COMPANY and NATIONWIDE GENERAL INSURANCE COMPANY,

Defendants.
_______________________________/

Case No. 4:26-cv-13584

F. Kay Behm
United States District Judge

**ORDER DISMISSING DEFENDANT ATEGRITY WITHOUT PREJUDICE**

On November 2, 2026, the parties filed a stipulation of dismissal of Defendant Ategrity Specialty Insurance Company without prejudice under Fed. R. Civ. P. 41(a)(1)(A). (ECF No. 6). As Rule 41(a)(1)(A) relates to dismissal of entire *actions*, rather than single parties, the Court construes the parties' filing as a motion to dismiss Ategrity under Fed. R. Civ. P. 21 and grants the motion.[1] Ategrity is therefore **DISMISSED WITHOUT PREJUDICE**.

[1] "[I]n the Sixth Circuit, Civil Rule 41(a)(1)(A)(i) only permits dismissing all claims against all defendants—the entire action—not individual claims or parties." *Prentice v. Transcend DVentures*, No. 1:23-CV-10011, 2025 WL 2901522, at *1 (E.D. Mich. Oct. 10, 2025) (citing *Philip Carey Mfg. Co. v. Taylor*, 286 F.2d 782, 785 (6th Cir. 1961)). However, "Rule 21 may be used for dismissal of a single party." *Mullins v. C.R. Bard, Inc.*, No. 0:19-CV-85-JMH-

**SO ORDERED.**

Date: November 4, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge

---

EBA, 2020 WL 4288400, at *2 (E.D. Ky. July 27, 2020) (citing *Philip Carey Mfg. Co. v. Taylor*, 286 F.2d 782, 785 (6th Cir. 1961)).